JEAN MOLITIERNO *v.* CARMEN MOLITIERNO
(7726)

DALY, O'CONNELL and FOTI, Js.

Argued January 17—decision released January 24, 1990

*Mark R. Soboslai,* for the appellant (defendant).
*James Wu,* for the appellee (plaintiff).

PER CURIAM. There is no error.